IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TERRENCE MCMANUS,

      Appellant,

v.

      Case No.  5D21-2665
      LT Case No. 2019-CF-000699

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed October 18, 2022

Appeal from the Circuit Court
for Flagler County,
Terence R. Perkins, Judge.

Benedict P. Kuehne, Michael T. Davis,
Susan Dmitrovsky and Johan Dos Santos,
of Kuehne Davis Law, P.A., Miami, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Roberts J. Bradford, Jr.,
Assistant Attorney General, Daytona Beach,
for Appellee.


PER CURIAM.

     AFFIRMED.


EISNAUGLE, HARRIS, JJ., and ORFINGER, R.B., Senior Judge, concur.